UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOP KENT LTD. | CIVIL ACTION |
| VERSUS | NUMBER: |
| SCF BUNGE MARINE, LLC, *in personam*, and T/B JENNIE K, her engines, tackle, apparel, etc., *in rem* | SECTION: |
| | JUDGE: |
| | MAGISTRATE: |

**VERIFIED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Top Kent Ltd and respectfully represents as follows:

**PARTIES**

I.

At all material times, plaintiff Top Kent Ltd was a foreign entity with its principal place of business in Hong Kong, China and was the owner and/or operator of the M/V GREAT VICTORY (IMO No. 9733612), a 225-meter (738-foot) long bulk carrier vessel.

II.

At all material times, defendant T/B JENNIE K (USCG Doc. No. 664965) was and still is a U.S. documented 140-foot long towing vessel, with its home port in St. Louis, Missouri, which vessel is now, or will be during the pendency of this litigation, within the jurisdiction of this Honorable Court. Upon information and belief, the vessel was owned, operated, chartered and/or controlled by SCF Bunge Marine, LLC.

III.

Upon information and belief, defendant SCF Bunge Marine, LLC was and still is a limited liability company organized and existing under the laws of the State of Delaware, with its

principal place of business in St. Louis, Missouri, which has appointed National Registered Agents, Inc. as its agent for service of process.

## JURISDICTION AND VENUE

IV.

This is a cause falling within the admiralty and maritime jurisdiction of this Honorable Court pursuant to 28 U.S.C. §1333 and Rule 9(h) of the Federal Rules of Civil Procedure. Venue is proper in this Court because the facts, events and circumstances giving rise to the claims occurred within this District.

## FACTS AND ALLEGATIONS

V.

On or about December 6, 2016, the T/B JENNIE K was downbound on the Mississippi River pushing a flotilla consisting of twenty laden barges.  The M/V GREAT VICTORY was also downbound on the Mississippi River.  The M/V GREAT VICTORY's pilot and T/B JENNIE K's captain made a one whistle overtaking agreement and T/B JENNIE K's captain agreed to "hold it tight" on St. Elmo Point.

VI.

However, as the M/V GREAT VICTORY was overtaking the T/B JENNIE K pursuant to the agreement, the T/B JENNIE K failed to maintain her course and speed close to St. Elmo Point on the left descending "east" bank as previously promised.  The T/B JENNIE K flotilla unexpectedly swung wide, forcing M/V GREAT VICTORY over against the right descending "west" bank.

VII.

M/V GREAT VICTORY got over as far as possible to her starboard to try to avoid the errant T/B JENNIE K flotilla, so far that M/V GREAT VICTORY experienced bank cushion,

which pushed her into T/B JENNIE K flotilla, which was still swinging wide and crowding M/V GREAT VICTORY.

VIII.

At least four barges that were part of the T/B JENNIE K's flotilla, MTC 1414B, MTC 1502B, NOMA 353B and BUNGE 749, collided with the M/V GREAT VICTORY's port bow. The collision occurred in the straight reach below the bend at approximately Mile 149 Above Head of Passes on the Mississippi River near Paulina, Louisiana at about 1341 (1:41 pm).

IX.

T/B JENNIE K's breach of her express undertaking in this overtaking was the sole cause of the collision between T/B JENNIE K's barge flotilla and the M/V GREAT VICTORY. The collision caused substantial damage to the M/V GREAT VICTORY and her cargo.

X.

The damage to the M/V GREAT VICTORY and her cargo was not caused or contributed to by any act or omission by plaintiff, or those for whom plaintiff may be responsible, but was instead caused solely by the negligence, fault, strict liability, omissions, commissions, breach of duty of the defendant and/or the unseaworthiness of the T/B JENNIE K.

XI.

The accident occurred solely and proximately due to the negligence, unseaworthiness, strict liability and/or other fault of defendant and/or the T/B JENNIE K, in the following non-exclusive particulars:

    a.    Failing to properly navigate and maneuver the T/B JENNIE K flotilla;

    b.    Breach of the overtaking agreement between T/B JENNIE K and M/V GREAT VICTORY;

    c.    Breach of the express agreement by T/B JENNIE K's operator to "hold tight" on St. Elmo Point;

    d.    Failing to properly maintain the vessel;

e. Failing to anticipate the action of currents;

f. Failing to properly communicate and to warn M/V GREAT VICTORY navigators about any changed circumstances or difficulties;

g. Failing to sound the danger signal to warn M/V GREAT VICTORY navigators that the T/B JENNIE K flotilla would not keep close to the left descending "east" bank during the overtaking as promised, but would swing wide across to the west bank;

h. Failing to perform a proper systems check after repairs or maintenance performed to the vessel immediately before the collision;

i. Violation of safety statutes or regulations constituting statutory fault; and

j. Other acts of negligence, fault and/or unseaworthiness or strict liability which will be developed during discovery and/or at the trial of this matter.

XII.

By reason of the foregoing, plaintiff Top Kent Ltd has sustained physical damages, loss of use, lost charter hire, claim expenses and related losses which are still being tallied, totaling at least $4,000,000.00 (E&EO), plus pre-judgment and post- judgment interest.

XIII.

Plaintiff alleges that it has and/or is entitled to assert a maritime lien on the vessel T/B JENNIE K.

XIV.

WHEREFORE, plaintiff Top Kent Ltd prays that:

1. Process in due form of law in causes of admiralty and maritime jurisdiction may issue against the T/B JENNIE K, her engines, tackle, apparel, etc., *in rem*, and all persons having or claiming any interest in said vessel be cited to appear and answer;

2. That the vessel be condemned and sold to pay the amounts due plaintiffs, with full pre-judgment and post-judgment interest and costs;

3. That process may issue against defendant, SCF Bunge Marine, LLC, *in personam*, and that it be adjudged liable to plaintiff in the full amount of plaintiff's damages, with pre-judgment and post-judgment interest, costs and, if applicable, attorneys' fees; and,

4. That plaintiff has such other and further relief as law, justice and equity may require.

Respectfully submitted, this the 6th day of December, 2017.

            **PHELPS DUNBAR LLP**

      BY: *s/ Michael M. Butterworth*
         MICHAEL M. BUTTERWORTH (#21265)
         MICHAEL F. HELD (#37466)
         ADAM N. DAVIS (#35740)
         JUSTIN C. WARNER (#37349)
         Canal Place
         365 Canal Street - Suite 2000
         New Orleans, Louisiana 70130-6534
         Telephone: 504-566-1311
         Telecopier: 504-568-9130
         butterwm@phelps.com
         davisa@phelps.com
         heldm@phelps.com
         **ATTORNEYS FOR TOP KENT LTD.**

**PLEASE ISSUE SUMMONS FOR:**
SCF Bunge Marine, LLC
Through its registered agent
National Registered Agents, Inc.
160 Greentree Dr, Suite 101
Dover, DE 19904

**PLEASE WITHHOLD ISSUANCE OF A WARRANT OF ARREST OF THE T/B JENNIE K AT THIS TIME.**

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned notary, duly commissioned and qualified in the state and parish aforesaid, personally came and appeared:

**MICHAEL M. BUTTERWORTH**

and, upon being first duly sworn, did depose and say:

1. That he is a partner in the firm of Phelps Dunbar LLP, counsel for plaintiffs herein;

2. That he makes this verification on behalf of plaintiffs for the reason that no officer(s) of said corporations are available in the district to sign same;

3. He is authorized and empowered to make this verification on behalf of the plaintiffs;

4. That he has read the foregoing Verified Complaint, knows the contents thereof, and the same is true to the best of his knowledge, information and belief based on documents, surveys, repair receipts and other information provided by his clients.

_____
MICHAEL M. BUTTERWORTH

SWORN TO AND SUBSCRIBED

BEFORE ME THIS __6__ DAY

OF DECEMBER, 2017.

_____
NOTARY PUBLIC

KEVIN J. LaVIE
Attorney at Law & Notary Public
State of Louisiana
Louisiana Bar Roll No: 14125
My Notarial Commission is for Life

6

PD.22012254.1